UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
IN RE REFCO, INC. SECURITIES LITIGATION : 05 Civ. 8626 (GEL)
                                        :
                                        :
----------------------------------------X

## NOTICE OF MOTION FOR CLASS
## CERTIFICATION PURSUANT TO FED. R. CIV. P. 23

PLEASE TAKE NOTICE that upon Plaintiff's Memorandum Of Law In Support of Motion For Class Certification, the Affidavit of Stephen J. Fearon, Jr., the Class Action Complaint and all other pleadings on file, plaintiff will move this Court on February 3, 2006 at 3:00 p.m. for an order pursuant to Rule 23, certifying plaintiff as a class representative of the Class defined in the Complaint consisting of Plaintiff and all other persons who traded currencies through, or had currency trading accounts with, Refco F/X Associates, LLC from August 11, 2005 continuing through the present, and who have been damaged.

The movant is American Financial Group-Asia, LLC, the Plaintiff in Case No. 05 cv 8988 which this Court consolidated into this Master Action (05 cv 8626) by order dated December 20, 2005.

Papers opposing this motion, if any, shall be submitted in accordance with the schedule set by the Court and/or in accordance with the Federal Rules of Civil Procedure.

Dated: January 20, 2006

SQUITIERI & FEARON, LLP

By: _____
Stephen J. Fearon, Jr. (SF-8119)
32 East 57th Street - 12th Floor
New York, New York 10022
Telephone: (212) 421-6492
Facsimile: (212) 421-6553

KELLER ● FISHBACK LLP
Daniel Keller (DK-1300)
62 William Street, 6th Floor
New York, New York 10005
Telephone: (646) 536-2719
Facsimile: (646) 519-7437

Attorneys for Plaintiff

## AFFIDAVIT OF SERVICE

Cathy Simpson, being duly sworn, deposes and says:

1.  I am not a party to the action, am over 18 years of age and reside in New York County.

2.  On January 20, 2006, I served the: NOTICE OF MOTION FOR CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23; PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND ENTRY OF PRE-TRIAL ORDER FOR THE CUSTOMER CLASS ACTIONS; [PROPOSED] CLASS CERTIFICATION ORDER; [PROPOSED] ORDER ESTABLISHING CERTAIN PRE-TRIAL PROCEDURES FOR THE CUSTOMER CLASS ACTIONS; and AFFIDAVIT OF STEPHEN J. FEARON, JR. IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND ENTRY OF PRE-TRIAL ORDER FOR THE CUSTOMER CLASS ACTIONS upon the following counsel by depositing a true copy of the same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York or as otherwise indicated:

Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
Lerach Coughlin Stoia Geller Rudman
 & Robbins LLP
200 Broadhollow Road
Suite 406
Melville, New York 11747

Robert I. Harwood, Esq.
Jeffrey M. Norton, Esq.
Wechsler Harwood LLP
488 Madison Avenue
8th Floor
New York, New York 10022

Stanley M. Grossman, Esq.
Marc I. Gross, Esq.
Pomerantz, Haudek, Block, Grossman & Gross LLP
100 Park Avenue
26th Floor
New York, New York 10017

David R. Scott, Esq.
Neil Rothstein, Esq.
Scott & Scott, LLC
108 Norwich Avenue
Colchester, CT 06415

Patrick V. Dahlstrom, Esq.
Pomerantz, Haudek, Block, Grossman & Gross LLP
One North LaSalle Street, Suite 2225
Chicago, Illinois 60602

David Jaroslawicz, Esq.
Jaroslawicz & Jaros
150 William Street
New York, New York 10038

Jack G. Fruchter, Esq.
Fruchter & Twersky
One Pennsylvania Plaza
Suite 1910
New York, New York 10119

Steven G. Schulman, Esq.
Peter E. Seidman, Esq.
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, New York 10119

Laurence D. Paskowitz, Esq.
Paskowitz & Associates
60 East 42nd Street
46th Floor
New York, New York 10165

Roy L. Jacobs, Esq.
Roy Jacobs & Associates
60 East 42nd Street
46th Floor
New York, New York 10165

Ralph M. Stone, Esq.
Thomas G. Ciarlone, Jr., Esq.
Shalov Stone & Bonner LLP
485 Seventh Avenue
Suite 1000
New York, New York 10018

Ronen Sarraf, Esq.
Joseph Gentile, Esq.
Sarraf Gentile LLP
485 Seventh Avenue
Suite 1005
New York, New York 10018

Kathleen M. Donovan-Maher, Esq.
Bryan A. Wood, Esq.
Joseph C. Merschman, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109

Fred T. Isquith, Esq.
Gustavo Bruckner, Esq.
Wolf Haldenstein Adler Freeman
& Herz, LLP
270 Madison Avenue
New York, New York 10016

Kenneth A. Elan, Esq.
Law Offices of Kenneth A. Elan
217 Broadway
Suite 606
New York, New York 10007

Charles J. Piven, Esq.
Law Offices of Charles J. Piven, P.A.
401 East Pratt Street
Suite 2525
Baltimore, MD 21202

Marc A. Topaz, Esq.
Richard A. Maniskas, Esq.
Tamara Skvirsky, Esq.
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Evan J. Smith, Esq.
Brodsky & Smith, LLC
240 Mineola Boulevard
Mineola, New York 11501

Shane Rowley, Esq.
Beth A. Keller, Esq.
Faruqi & Faruqi, LLP
320 East 39th Street
New York, New York 10016

Ann D. White, Esq.
Ann D. White Law Offices
One Pitcairn Place, Suite 2400
165 Township Line Road
Jenkintown, PA 19046

Ira M. Press, Esq.
Pamela E. Kulsrud, Esq.
Kirby, McInerney & Squire, LLP
830 Third Avenue
10th Floor
New York, New York 10011

William S. Lerach, Esq.
Darren J. Robbins, Esq.
Thomas G. Wilhelm, Esq.
Lerach Coughlin Stoia Geller Rudman
 & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Greg A. Danilow, Esq.
James W. Quinn, Esq.
767 Fifth Avenue
New York, New York 10153

David Emilio Mollon, Esq.
James David Reich, Jr., Esq.
Winston & Strawn LLP
200 Park Avenue
New York, New York 10166

Refco, Inc.
One World Financial Center
200 Liberty Street
New York, New York 10281

Lionel Z. Glancy, Esq.
Michael Goldberg, Esq.
Glancy Binkow & Goldberg LLP
1801 Avenue of the Starts
Suite 311
Los Angeles, CA 90067

| | |
|---|---|
| Jeffrey B. Silverstein, Esq.<br>Law Offices of Curtis V. Trinko, LLP<br>16 West 46th Street<br>7th Floor<br>New York, New York 10036 | J. Gregory Milmoe, Esq.<br>Sally McDonald Henry, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036 |

_____
Cathy Simpson

Sworn to before me this
20th day of January 2006

_____

MINERVA S. MENDEZ
Notary Public, State of New York
No. 01ME5052043
Qualified in Bronx County
Commission Expires November 13, 2005 2009