**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 27th day of April, two thousand and ten.

PRESENT:  JOSÉ A. CABRANES,
          BARRINGTON D. PARKER,
                    *Circuit Judges*,
          CAROL B. AMON,
                    *District Judge.*\*



PACIFIC INVESTMENT MANAGEMENT COMPANY LLC
and RH CAPITAL ASSOCIATES LLC,

           *Plaintiffs-Appellants*,

PIMCO FUNDS: PACIFIC INVESTMENT MANAGEMENT
SERIES, ET AL.,

           *Plaintiffs*,

v.

MAYER BROWN LLP and JOSEPH P. COLLINS,

           *Defendants-Appellees*,

REFCO., ET AL.,

           *Defendants.*\*\*

**JUDGMENT**
Docket No. 09-1619-cv

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/02/2010

The appeal in the above-captioned case from the United States District Court for the Southern District of New York was argued on the District Court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the District Court is AFFIRMED in accordance with the opinion of this Court.

           FOR THE COURT,
           Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

           Joy Fallek, Administrative Attorney

**MANDATE ISSUED ON 07/30/2010**