UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                                                        :

In re REFCO, INC. SECURITIES LITIGATION   :     05 Civ. 8626 (JSR)

-------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2010, I electronically filed the following documents with the Clerk of the Court using the ECF System, which will send notification to all ECF attorneys of record:

1. Notice of (A) Lead Plaintiffs' Motion for Final Approval of Settlements with the THL and Audit Committee Defendants and with the Underwriter Defendants, Final Approval of Plan of Allocation of Settlement Proceeds and Final Certification of a Class For Settlement Purposes, and (B) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Expenses;

2. Lead Plaintiffs' Memorandum of Law in Support of Motion For Final Approval of Settlements With The THL and Audit Committee Defendants and With The Underwriter Defendants, Final Approval of Plan of Allocation of Settlement Proceeds and Final Certification of a Class For Settlement Purposes;

3. Lead Counsel's Memorandum of Law in Support of Their Motion for an Award of Attorneys' Fees and Reimbursement of Expenses; and

4. Joint Declaration of Salvatore J. Graziano and Megan McIntyre in Support of (A) Lead Plaintiffs' Motion for Final Approval of Settlements with the THL and Audit Committee Defendants and with the Underwriter Defendants, Final Approval of Plan of Allocation of Settlement Proceeds and Final Certification of a Class For Settlement Purposes, and (B) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Expenses

Dated: New York, New York
       September 22, 2010                     /s/ Lawrence Silvestro
                                                    Lawrence Silvestro