# EXHIBIT C

# INVESTOR'S BUSINESS DAILY

## Affidavit of Publication

| | |
|---|---|
| Name of Publication: | Investor's Business Daily |
| Address: | 12655 Beatrice Street |
| City, State, Zip: | Los Angeles, CA 90066 |
| Phone #: | 310.448.6700 |
| State of: | California |
| County of: | Los Angeles |

I, **Kathy Murray**, for the publisher of __Investor's Business Daily__, published in the city of __Los Angeles__, state of __California__, county of __Los Angeles__ hereby certify that the attached notice(s) for **The Garden City Group, Inc.** was printed in said publication on the following date(s):

__August 18th, 2010: REFCO, INC.__

State of California
County of __Los Angeles__

Subscribed and sworn to (or affirmed) before me on this __18th__ day of __August__, 2010, by _____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (Seal)



RICHARD C. BRAND II
Commission # 1727106
Notary Public - California
Los Angeles County
My Comm. Expires Feb 25, 2011

WEDNESDAY, AUGUST 18, 2010   **B11**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re REFCO, INC. SECURITIES LITIGATION   :   05 Civ. 8626 (JSR)
------------------------------------------------------------x

**SUMMARY NOTICE OF (I) PROPOSED SETTLEMENT OF CLASS ACTION WITH THE AUDIT COMMITTEE AND THL DEFENDANTS AND (II) HEARING ON PROPOSED SETTLEMENT AND MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

TO:   ALL PERSONS OR ENTITIES WHO PURCHASED OR ACQUIRED REFCO GROUP LTD., LLC/REFCO FINANCE INC. 9% SENIOR SUBORDINATED NOTES DUE 2012 (CUSIP NOS. 75866HAA5 AND/OR 75866HAC1) AND/OR REFCO INC. COMMON STOCK (CUSIP NO. 75866G109) DURING THE PERIOD JULY 1, 2004 THROUGH AND INCLUDING AND OCTOBER 17, 2005 (THE "CLASS PERIOD"), AND WHO WERE DAMAGED THEREBY (THE "SETTLEMENT CLASS")

YOU ARE HEREBY NOTIFIED that the Lead Plaintiffs in the above-captioned class action (the "Action") have proposed a settlement with Defendants Ronald L. O'Kelley, Leo R. Breitman and Nathan Gantcher (collectively, the "Audit Committee Defendants"); Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P. (the "THL Funds"); Thomas H. Lee Partners, L.P. ("THLP"), THL Equity Advisors V, LLC, Thomas H. Lee Investors Limited Partnership and The 1997 Thomas H. Lee Nominee Trust (collectively, the "THL Entities"); and Thomas H. Lee, David V. Harkins, Scott L. Jaeckel and Scott A. Schoen (collectively, the "Individual THL Defendants" and together with the THL Entities and the THL Funds, the "THL Defendants"; and together with the Audit Committee Defendants, the "Settling Defendants") (the "Settlement"). The Settlement, which resolves the Action against some but not all defendants named in the Action, provides that the Settling Defendants will pay $130,000,000 for the benefit of the Settlement Class, as well as the Additional Settlement Amount described in the Stipulation of Settlement between the Lead Plaintiffs and the Settling Defendants. In return, the Settlement Class Members will dismiss with prejudice the claims asserted in this Action against the Settling Defendants and grant the releases specified and described in the Stipulation of Settlement. The claims against all remaining defendants in the Action will continue.

A hearing will be held on October 27, 2010 at 4:00 p.m., before the Honorable Jed S. Rakoff in the U.S. District Court for the Southern District of New York, United States Courthouse, 500 Pearl Street, New York, NY 10007, to determine: (1) whether the Settlement with the Audit Committee Defendants and the THL Defendants should be approved as fair, reasonable and adequate; (2) whether the Action should be dismissed with prejudice against the Settling Defendants and the releases specified and described in the Stipulation of Settlement should be granted; and (3) whether the proposed Plan of Allocation is fair and reasonable and should be approved; and (4) whether the plaintiffs' attorneys' application for an award of attorneys' fees and reimbursement of litigation expenses should be granted.

IF YOU ARE A MEMBER OF THE SETTLEMENT CLASS DESCRIBED ABOVE, YOUR RIGHTS WILL BE AFFECTED AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT FUND. If you have not yet received the full printed Notice of (I) Proposed Settlement of Class Action With The Audit Committee and THL Defendants and (II) Hearing on Proposed Settlement and (III) Motion for Award of Attorneys' Fees and Reimbursement of Expenses; the Plan of Allocation; and the Proof of Claim Form, you may obtain copies by contacting the Claims Administrator at:

*Refco Securities Litigation*
c/o The Garden City Group, Inc.
Claims Administrator
P.O. Box 9087
Dublin, Ohio 43017-0987

Copies of the Notice, Plan of Allocation, and Proof of Claim Form are also available at www.refcosecuritieslitigation.com.

If you are a member of the Settlement Class, in order to be eligible to participate in the proposed Settlement, as well as a previously achieved and approved settlement, you will be required to submit a Proof of Claim by November 9, 2010.

If you are a member of the Settlement Class and do not exclude yourself from the Settlement Class, you will be bound by any judgment entered in the Action whether or not you make a Claim. To exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is received no later than October 7, 2010, in accordance with the instructions set forth in the Notice. Any objections to the proposed Settlement, the Plan of Allocation and/or the application for attorneys' fees and reimbursement of expenses must be filed with the Court and delivered to counsel for the parties as set forth in the Notice such that they are received no later than October 7, 2010, in accordance with the instructions set forth in the Notice. If you are a member of the Settlement Class and do not submit a proper Proof of Claim Form, you will not share in the proceeds of the Settlement but you will nevertheless be bound by the judgment of the Court.

Inquiries, other than requests for copies of the Notice and Proof of Claim Form or for inclusion on the mailing list for future notices, may be directed to Plaintiffs' Lead Counsel:

Salvatore J. Graziano, Esquire
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
1285 Avenue of the Americas
New York, NY 10019

Megan D. McIntyre, Esquire
GRANT & EISENHOFER P.A.
1201 N. Market Street
Wilmington, DE 19801

BY ORDER OF THE COURT

# INVESTOR'S BUSINESS DAILY®

## Affidavit of Publication

Name of Publication:     Investor's Business Daily
Address:                 12655 Beatrice Street
City, State, Zip:        Los Angeles, CA 90066
Phone #:                 310.448.6700
State of:                California
County of:               Los Angeles

I, **Kathy Murray**, for the publisher of __Investor's Business Daily__, published in the city of __Los Angeles__, state of __California__, county of Los Angeles hereby certify that the attached notice(s) for **The Garden City Group, Inc.** was printed in said publication on the following date(s):

__August 23rd, 2010: REFCO, INC.__

State of California
County of ___Los Angeles___

Subscribed and sworn to (or affirmed) before me on this __23rd__ day of __August__, 2010, by __Kathy_____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (Seal)



RICHARD C. BRAND II
Commission # 1727106
Notary Public - California
Los Angeles County
My Comm. Expires Feb 25, 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re REFCO, INC. SECURITIES LITIGATION  :  05 Civ. 8626 (JSR)
-------------------------------------------------------x

**SUMMARY NOTICE OF (I) PROPOSED SETTLEMENTS OF CLASS ACTION WITH THE UNDERWRITER DEFENDANTS, (II) HEARING ON PROPOSED SETTLEMENTS, AND (III) MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

TO: ALL PERSONS OR ENTITIES WHO PURCHASED OR ACQUIRED REFCO GROUP LTD., LLC/REFCO FINANCE INC. 9% SENIOR SUBORDINATED NOTES DUE 2012 (CUSIP NOS. 75866HAA5 AND/OR 75866HAC1) AND/OR REFCO INC. COMMON STOCK (CUSIP NO. 75866G109) DURING THE PERIOD JULY 1, 2004 THROUGH AND INCLUDING AND OCTOBER 17, 2005 (THE "CLASS PERIOD"), AND WHO WERE DAMAGED THEREBY (THE "SETTLEMENT CLASS")

YOU ARE HEREBY NOTIFIED that the Lead Plaintiffs in the above-captioned class action (the "Action") have proposed settlements with (i) defendant Sandler O'Neill & Partners, L.P. ("Sandler O'Neill") and (ii) defendants Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, Deutsche Bank Securities Inc., Goldman, Sachs & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, J.P. Morgan Securities Inc., HSBC Securities (USA) Inc., William Blair & Company, L.L.C., BMO Capital Markets Corp. (f/k/a Harris Nesbitt Corp.), Samuel A. Ramirez & Company, Inc., Muriel Siebert & Co., Inc., and The Williams Capital Group, L.P. (collectively, the "Other Settling Underwriter Defendants"; and together with Sandler O'Neill, the "Settling Defendants") (the "Settlements"). The Settlements, which resolve the Action against some but not all defendants named in the Action, provide for total payments by the Settling Defendants of $53,000,000 for the benefit of the Settlement Class. In return, the Settlement Class Members will dismiss with prejudice the claims asserted in this Action against the Settling Defendants and two other defendant underwriters (together, the "Underwriter Defendants") and grant the releases specified and described in the respective Stipulations of Settlement. The claims against all remaining defendants in the Action will continue.

A hearing will be held on October 27, 2010 at 4:00 p.m., before the Honorable Jed S. Rakoff in the U.S. District Court for the Southern District of New York, United States Courthouse, 500 Pearl Street, New York, NY 10007, to determine: (1) whether the Settlements with the Settling Defendants should be approved as fair, reasonable and adequate; (2) whether the Action should be dismissed with prejudice against the Underwriter Defendants and the releases specified and described in the respective Stipulations of Settlement should be granted; (3) whether the proposed Plan of Allocation is fair and reasonable and should be approved; and (4) whether the plaintiffs' attorneys' application for an award of attorneys' fees and reimbursement of litigation expenses should be granted.

IF YOU ARE A MEMBER OF THE SETTLEMENT CLASS DESCRIBED ABOVE, YOUR RIGHTS WILL BE AFFECTED AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT FUNDS. If you have not yet received the full printed Notice of (I) Proposed Settlements of Class Action With The Underwriter Defendants, (II) Hearing on Proposed Settlements and (III) Motion for Award of Attorneys' Fees and Reimbursement of Expenses; the Plan of Allocation; and the Proof of Claim Form, you may obtain copies by contacting the Claims Administrator at:

Refco Securities Litigation
c/o The Garden City Group, Inc.
Claims Administrator
P.O. Box 9087
Dublin, Ohio 43017-0987

Copies of the Notice, Plan of Allocation, and Proof of Claim Form are also available at www.refcosecuritieslitigation.com.

If you are a member of the Settlement Class, in order to be eligible to participate in the proposed Settlements, as well as a previously achieved and approved settlement, you will be required to submit a Proof of Claim by November 9, 2010.

If you are a member of the Settlement Class and do not exclude yourself from the Settlement Class, you will be bound by any judgment entered in the Action whether or not you make a Claim. To exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is received no later than October 7, 2010, in accordance with the instructions set forth in the Notice. Any objections to the proposed Settlements, the Plan of Allocation, and/or the application for attorneys' fees and reimbursement of expenses must be filed with the Court and delivered to counsel for the parties as set forth in the Notice such that they are received no later than October 7, 2010, in accordance with the instructions set forth in the Notice. If you are a member of the Settlement Class and do not submit a proper Proof of Claim Form, you will not share in the proceeds of the Settlements but you will nevertheless be bound by the judgments of the Court.

Inquiries, other than requests for copies of the Notice and Proof of Claim Form or for inclusion on the mailing list for future notices, may be directed to Plaintiffs' Lead Counsel:

Salvatore J. Graziano, Esquire
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
1285 Avenue of the Americas
New York, NY 10019

Megan D. McIntyre, Esquire
GRANT & EISENHOFER P.A.
1201 N. Market Street
Wilmington, DE 19801

BY ORDER OF THE COURT