

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE REFCO INC. SECURITIES LITIGATION | MASTER FILE NO.<br>05 CV 8626 (JSR) |

## STIPULATION OF VOLUNTARY DISMISSAL OF
## DEFENDANT TONE N. GRANT

**IT IS HEREBY STIPULATED AND AGREED,** by and among counsel for the

undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1), that:

1.      All claims asserted in this action by Lead Plaintiffs against defendant Tone N.

Grant are hereby dismissed.

2.      Each party shall bear his or its own costs and attorneys' fees in connection with

the claims dismissed herein and no party will assert that the claims were brought, prosecuted or

defended in bad faith or in violation of Fed. R. Civ. P. 11.

| | |
|---|---|
| **BERNSTEIN LITOWITZ BERGER**<br>**& GROSSMAN LLP** | **GRANT & EISENHOFER P.A.** |
| By: _____ | By: _____ |
| Salvatore J. Graziano<br>John C. Browne<br>1285 Avenue of the Americas<br>New York, New York 10019<br>*Co-Counsel for Lead Plaintiffs* | Stuart M. Grant<br>James J. Sabella<br>485 Lexington Avenue<br>New York, New York 10017<br>*Co-Counsel for Lead Plaintiffs* |

ZUCKERMAN SPAEDER LLP

By: _____

    Roger E. Zuckerman
    Laura E. Neish
1800 M Street NW
Suite 1000
Washington, DC 20036-5807
*Counsel for Defendant Tone Grant*

U.S.D.J.

10-20-10

2