RAKoff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/10

| | |
|---|---|
| IN RE REFCO INC. SECURITIES LITIGATION | MASTER FILE NO. 05 CV 8626 (JSR) |

### STIPULATION OF VOLUNTARY DISMISSAL
### OF DEFENDANT GERALD M. SHERER

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1), that:

1. All claims asserted in this action by Lead Plaintiffs against defendant Gerald M. Sherer are hereby dismissed with prejudice.

2. Each party shall bear his or its own costs and attorneys' fees in connection with the claims dismissed herein and no party will assert that the claims were brought, prosecuted or defended in bad faith or in violation of Fed. R. Civ. P. 11.

Dated: New York, New York
October 12, 2010

BERNSTEIN LITOWITZ BERGER
& GROSSMAN LLP

By: _____
Salvatore J. Graziano
John C. Browne
1285 Avenue of the Americas
New York, New York 10019
*Co-Counsel for Lead Plaintiffs*

GRANT & EISENHOFER P.A.

By: _____
Stuart M. Grant
James J. Sabella
485 Lexington Avenue
New York, New York 10017
*Co-Counsel for Lead Plaintiffs*

SHAPIRO FORMAN ALLEN
& SAVA LLP

By: _____
Matthew J. Sava
Yoram J. Miller
380 Madison Avenue
New York, New York 10017
*Counsel for Defendant Gerald M. Sherer*

2

_____
U.S.D.J.
10-20-10