

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE REFCO INC. SECURITIES LITIGATION | MASTER FILE NO. 05 CV 8626 (JSR) |

### STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT PHILIP SILVERMAN

**IT IS HEREBY STIPULATED AND AGREED**, by and among counsel for the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1), that:

1. All claims asserted in this action by Lead Plaintiffs against defendant Philip Silverman are hereby dismissed.

2. Each party shall bear his or its own costs and attorneys' fees in connection with the claims dismissed herein and no party will assert that the claims were brought, prosecuted or defended in bad faith or in violation of Fed. R. Civ. P. 11.

| BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP | GRANT & EISENHOFER P.A. |
|---|---|
| By: _____ | By: _____ |
| Salvatore Y. Graziano | Stuart M. Grant |
| John C. Browne | James J. Sabella |
| 1285 Avenue of the Americas | 485 Lexington Avenue |
| New York, New York 10019 | New York, New York 10017 |
| *Co-Counsel for Lead Plaintiffs* | *Co-Counsel for Lead Plaintiffs* |

KRANTZ & BERMAN LLP

By: _____
David V. Kirby
747 3rd Avenue, 32nd Floor
New York, New York 10017
*Counsel for Defendant Philip Silverman*

10-20-10

2