*[Court stamp:]* USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED: 10/20/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE REFCO INC. SECURITIES LITIGATION | MASTER FILE NO. 05 CV 8626 (JSR) |

### STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANTS PHILLIP R. BENNETT, REFCO GROUP HOLDINGS, INC., AND THE PHILLIP R. BENNETT THREE YEAR ANNUITY TRUST

**IT IS HEREBY STIPULATED AND AGREED**, by and among counsel for the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1), that:

1.    All claims asserted in this action by Lead Plaintiffs against defendants Phillip R. Bennett, Refco Group Holdings, Inc., and The Phillip R. Bennett Three Year Annuity Trust are hereby dismissed.

2.    Each party shall bear his or its own costs and attorneys' fees in connection with the claims dismissed herein and no party will assert that the claims were brought, prosecuted or defended in bad faith or in violation of Fed. R. Civ. P. 11.

BERNSTEIN LITOWITZ BERGER
& GROSSMAN LLP

By: _____
Salvatore J. Graziano
John C. Browne
1285 Avenue of the Americas
New York, New York 10019
*Co-Counsel for Lead Plaintiffs*

GRANT & EISENHOFER P.A.

By: _____
Stuart M. Grant
James J. Sabella
485 Lexington Avenue
New York, New York 10017
*Co-Counsel for Lead Plaintiffs*

GOLENBOCK EISEMAN ASSOR
BELL & PESKOE LLP

By: _____
    Jeffrey T. Golenbock (JG 2217)
    Adam C. Silverstein (AS 4876)
437 Madison Avenue, 35th Floor
New York, NY  10022-7302
*Counsel for Defendants Phillip R.*
*Bennett, Refco Group Holdings Inc., and The*
*Phillip R. Bennett Three Year Annuity Trust*

U.S.D.J.

10-20-10

2