UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                                                        :

In re REFCO, INC. SECURITIES LITIGATION   :     05 Civ. 8626 (JSR)

-------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

      I hereby certify that on November 10, 2010, I electronically filed the Notice Of Filing Of Report and Recommendation of the Special Master on Motions for (I) Preliminary Approval of Settlement with Grant Thornton LLP, (II) Preliminary Approval of Settlement with Joseph J. Murphy, Dennis A. Klejna and William M. Sexton, (III) Preliminary Certification of the Class as Against These Settling Defendants for Purposes of Settlement, and (IV) Approval of Notice to the Class, dated November 10, 2010 from Special Master Daniel J. Capra with the Clerk of the Court using the ECF System, which will send notification to all ECF attorneys of record.

Dated: New York, New York
        November 10, 2010

                                         /s/ Gary Weston
                                         Gary Weston