UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                      :
                                      :
                                      :   07 MDL 1902 (JSR)
                                      :   (Applies To All Cases)
IN RE REFCO SECURITIES LITIGATION     :
                                      :   CASE MANAGEMENT ORDER #81
                                      :
                                      :
                                      :
------------------------------------- x 

JED S. RAKOFF, U.S.D.J.

    Pursuant to Case Management Order #80, the time for objections to the bills of the Special Masters for services rendered in August 2012 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith.

    SO ORDERED.

                                                              _____
                                                              JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
        September 16, 2012