UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
:
:          07 MDL 1902 (JSR)
:          (Applies To All Cases)
IN RE REFCO SECURITIES LITIGATION     :
:          CASE MANAGEMENT ORDER
:                  #108
:
:
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

　　　　On July 16, 2014, the Court received a combined final bill from the Case Accountant that reflects not only the services that have been rendered between January and May 2014 but also the few additional services that will need to be rendered in winding down the fund over the next few weeks. The bill will be docketed for the parties' review. Any party who wishes to object to the bill must submit such objection to the Court in writing no later than one week from today, *i.e.*, by July 24, 2014. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account.

　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
　　　　July 17, 2014

page 1

# BALL BAKER LEAKE LLP
CERTIFIED PUBLIC ACCOUNTANTS

122 EAST 42ND STREET
NEW YORK, NEW YORK 10168
TEL: (212) 661-1630  FAX: (212) 972-1061
www.ballbaker.com

July 16, 2014                                                              P0708

Refco Securities Litigation
c/o Honorable Jed S. Rakoff

r_hedges@live.com

FINAL INVOICE:

| | |
|---|---:|
| Fee for accounting services from January 1- through May 6, 2014 (per actual time charges) | $ 690.00 |
| Additional fees for final distribution of monies | 500.00 |
| | 1,190.00 |
| Out-of-pocket expenses | 2.62 |
| | $1,192.62 |

Enc. Time records

page 1

# Client Ledger - Unrelieved Time

| Client Name | Job ID | Date | Employee | Service | Hours | Rate | Extension | Expenses | Description |
|---|---|---|---|---|---|---|---|---|---|
| *Refco Securities Litigation* | | | | | | | | | |
| | 0000 | | | | | | | | |
| | | 2/13/2014 | AJU | Accounting | 0.50 | $130.00 | $65.00 | | print government copy 1099 and check the |
| | | 5/5/2014 | JP | taxes | 0.25 | $335.00 | $83.75 | | respond to IRS re 2010 t/r not filed |
| | | 5/5/2014 | JP | Accounting | 0.25 | $335.00 | $83.75 | | talk to Ron H abourt closing down accts |
| | | 5/6/2014 | KAR | Clerical Billab | 0.50 | $120.00 | $60.00 | | cert mail forms/post office |
| | | 2/1/2014 | EXP | Envelopes | | | | #Type! | |
| | | 2/1/2014 | EXP | Postage | | | | #Type! | |
| | | 5/1/2014 | EXP | Envelopes | | | | #Type! | |
| | | 5/1/2014 | EXP | Postage | | | | #Type! | |
| | **Totals for 0000** | | | | **1.50** | | **$292.50** | **$2.62** | |
| | 0002 | | | | | | | | |
| | | 2/12/2014 | AJU | Accounting | 0.50 | $130.00 | $65.00 | | 2013 1099s |
| | | 1/13/2014 | CF | Accounting | 0.25 | $190.00 | $47.50 | | January invoices |
| | | 1/13/2014 | CF | Accounting | 0.50 | $190.00 | $95.00 | | reconcile Nov & Dec |
| | | 1/16/2014 | CF | Accounting | 0.50 | $190.00 | $95.00 | | tele w/ plaintiff re: excess funds of $120k |
| | | 2/4/2014 | CF | Accounting | 0.25 | $190.00 | $47.50 | | gather 1099 data |
| | | 2/13/2014 | CF | taxes | 0.25 | $190.00 | $47.50 | | review 1099s |
| | **Totals for 0002** | | | | **2.25** | | **$397.50** | **$0.00** | |
| **Totals for Refco Securities Litigation** | | | | | **3.75** | | **$690.00** | **$2.62** | |

*[handwritten:]* plus wind down fee 500

1190 + 2.62 = $1192.62

FINAL BILL

Wednesday, July 16, 2014

Page 2